# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **William Sandridge**<br>**BOP Reg. No. 59619-510,**<br>         Movant,<br>  v.<br>**United States of America,**<br>         Respondent. | CIVIL ACTION<br>NO. 4:24-cv-00202-WMR<br><br>CRIMINAL ACTION<br>NO. 4:23-cr-00013-WMR |

## ORDER

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R") [Doc. 44], which recommends that this case be dismissed. No objection to the R&R has been filed.

## I.  LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1), the Court reviews the R&R for clear error if no objections are filed by a party within 14 days after being served with a copy.  If a party files objections, however, the Court must determine *de novo* any part of the R&R that is the subject of a proper objection. *Id*.  As no timely objection has been filed in this case, the clear error standard applies.

## II. CONCLUSION

After considering the Final Report and Recommendation [Doc. 44], the Court receives the R&R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, it is hereby **ORDERED** the 28 U.S.C. § 2255 Motion [32] is **DENIED** and **no certificate of appealability should be issued**.

IT IS SO ORDERED, this 15th day of December, 2025.

_____
WILLIAM M. RAY, II
United States District Court Judge
Northern District of Georgia